IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| WAUKEGAN POTAWATOMI CASINO, LLC, an Illinois limited liability company, | ) ) ) | |
| Plaintiff, | ) ) | Case No. 1:20-cv-750 |
| v. | ) ) ) | Judge John F. Kness |
| CITY OF WAUKEGAN, an Illinois municipal corporation, | ) ) ) ) | Magistrate Judge M. David Weisman |
| Defendant. | ) | |

## JOINT MOTION TO AMEND SCHEDULING ORDER

The parties jointly move, on the grounds set forth below, to amend the scheduling order entered June 16, 2020 (Doc. 40).

1. On March 23, 2021, the Court granted the parties' joint motion to extend the close of fact discovery to May 3, 2021. (*See* Doc. 71.)

2. The parties have been working cooperatively and diligently to complete fact discovery by the current deadline. As of Friday, April 23, 2021, they have taken approximately 21 party and non-party depositions, and anticipate deposing approximately seven more witnesses. (The Court has authorized each side to take up to 20 depositions without seeking leave.) Further, although the parties have continued to produce documents on a rolling basis, some document discovery remains outstanding, including ongoing meet-and-confer discussions concerning discovery thus far produced. The parties believe that, with an additional two-week extension of the fact discovery deadline (to May 17, 2021), they will be able to complete outstanding deposition discovery and reach closure on open issues relating to document discovery.

3. The Court's original scheduling order (Doc. 40) contemplated that plaintiff's expert disclosure would be due approximately one month after the close of fact discovery and that dispositive motions would be due approximately a month following the close of expert discovery. The amended scheduling order entered January 13, 2021 (Doc. 65) preserved this sequencing with regard to fact and expert discovery, but did not address the dispositive motion deadline. The Court's March 23 order extending the fact discovery deadline did not address either the expert or dispositive motion deadlines

4. Accordingly, the parties respectfully submit that there is good cause to amend the scheduling order to extend fact discovery by two weeks and bring subsequent deadlines into conformity with the sequencing of the Court's original scheduling order. To that end, the parties propose the following schedule:

| | |
|---|---|
| Completion of Fact Discovery | May 17, 2021 |
| Disclosure of Plaintiff's Expert Report(s) | June 17, 2021 |
| Disclosure of Defendant's Expert Report(s) | July 19, 2021 |
| Disclosure of Plaintiff's Rebuttal Expert Report(s) | August 9, 2021 |
| Deposition of Plaintiff's Expert | August 23, 2021 |
| Deposition of Defendant's Expert | August 30, 2021 |
| Dispositive Motions | September 30, 2021 |

WHEREFORE, the parties respectfully request that the Court enter an amended scheduling order consistent with the above proposed schedule.

Dated: April 26, 2021

                                    Respectfully submitted,

| WAUKEGAN POTAWATOMI CASINO, LLC | CITY OF WAUKEGAN |
|---|---|
| By: /s/ Dylan Smith | By: /s/ Glenn E. Davis |
| Michael J. Kelly<br>Dylan Smith<br>Martin Syvertsen<br>FREEBORN & PETERS LLP<br>311 S. Wacker Drive, Suite 3000<br>Chicago, Illinois 60606<br>(312) 360-6000 | Glenn E. Davis<br>Meghan A. Rigney<br>Charles N. Insler<br>HEPLERBROOM, LLC<br>30 N. LaSalle Street, Suite 2900<br>Chicago, Illinois 60602<br>(312) 205-7741 |