# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| WAUKEGAN POTAWATOMI CASINO, LLC, an Illinois limited liability company, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) ) |
| CITY OF WAUKEGAN, an Illinois municipal corporation, | ) ) ) |
| Defendant. | ) ) |

Case No. 1:20-cv-750

Judge John F. Kness

## PLAINTIFF'S MOTION FOR LEAVE
## TO FILE DOCUMENTS UNDER SEAL

Pursuant to Local Rule 26.2, plaintiff Waukegan Potawatomi Casino, LLC ("Potawatomi") respectfully moves, on the following grounds, to file under seal Exhibits 1 and 2 to its Motion for Leave to File Second Amended Complaint:

1. On October 22, 2020, the Court entered a Confidentiality and Protective Order. (Doc. 42.) Paragraph 5(b) of that Order prohibits disclosure of "Confidential Information" except as specifically authorized.

2. Shortly after the filing of this motion, plaintiff intends to file a Motion for Leave to File Second Amended Complaint, with the Second Amended Complaint attached as Exhibit 1, and a redlined version attached as Exhibit 2. The Second Amendment Complaint includes, throughout much of the document, information derived from discovery documents that have been designated "Confidential" and, in some cases, "Confidential—Attorneys' Eyes Only" under the Confidentiality and Protective Order.

3. Plaintiff respectfully requests authorization to file the Second Amended Complaint and the redlined version under seal so as not to prejudice the confidentiality claims of defendant and third parties who have produced documents in discovery.

4. Plaintiff believes that a substantial portion of defendant's confidentiality designations is subject to challenge. As set forth in plaintiff's motion for leave, assuming the Court authorizes filing of the Second Amended Complaint, plaintiff proposes that the Court provide 30 days for the parties to confer regarding which portions of the Second Amended Complaint may be made public; if the parties cannot reach agreement by the end of that 30-day period, each party would be required to file under seal its proposed public version of the Second Amended Complaint.

WHEREFORE, plaintiff respectfully requests that the Court enter an order authorizing it to file under seal Exhibits 1 and 2 to its Motion for Leave to File Second Amended Complaint.

Dated: May 14, 2021

Respectfully submitted,

/s/ Dylan Smith
Michael J. Kelly
Dylan Smith
Martin Syvertsen
FREEBORN & PETERS LLP
311 S. Wacker Drive, Suite 3000
Chicago, Illinois 60606
(312) 360-6000
mkelly@freeborn.com
dsmith@freeborn.com
msyvertsen@freeborn.com

Robert T. O'Donnell
Hayleigh Herchenbach
O'DONNELL CALLAGHAN LLC
28045 N. Ashley Circle, Suite 101
Libertyville, Illinois 60048

(847) 367-2750  
rodonnell@och-law.com  
hherchenbach@och-law.com

*Counsel for plaintiff Waukegan  
Potawatomi Casino, LLC*