IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| WAUKEGAN POTAWATOMI CASINO, LLC, an Illinois limited liability company, | ) ) ) | |
| Plaintiff, | ) ) | Case No. 1:20-cv-750 |
| v. | ) ) ) | Judge John F. Kness |
| CITY OF WAUKEGAN, an Illinois municipal corporation, | ) ) ) ) | Magistrate Judge M. David Weisman |
| Defendant. | ) | |

**JOINT STATUS REPORT CONCERNING SETTLEMENT CONFERENCE**

As instructed by the Court (Doc. 120), the parties have conferred through counsel regarding their continued interest in proceeding with the settlement conference set for November 30, 2021. The parties believe that settlement discussions could be productive at this juncture and therefore wish to proceed with the conference.

Dated: November 15, 2021

Respectfully submitted,

| WAUKEGAN POTAWATOMI CASINO, LLC | CITY OF WAUKEGAN |
|---|---|
| By: /s/ Dylan Smith | By: /s/ Glenn Davis |
| Michael J. Kelly<br>Dylan Smith<br>Martin Syvertsen<br>FREEBORN & PETERS LLP<br>311 S. Wacker Drive, Suite 3000<br>Chicago, Illinois 60606<br>(312) 360-6000<br>mkelly@freeborn.com<br>dsmith@freeborn.com<br>msyvertsen@freeborn.com | Glenn E. Davis<br>Charles N. Insler<br>HEPLERBROOM, LLC<br>211 North Broadway, Suite 2700<br>St. Louis, Missouri 63102<br>(314) 241-6160<br>glenn.davis@heplerbroom.com<br>charles.insler@heplerbroom.com |